| | |
|---|---|
| 1 | McNULTY LAW FIRM |
| | 827 Moraga Drive |
| 2 | Bel Air, California 90049 |
| 3 | Telephone: (310) 471-2707 |
| | Facsimile: (310) 472-7014 |
| 4 | Peter J. McNulty, Esq./SBN: 89660 |
| 5 | LAW OFFICES OF CARL McMAHAN |
| | 11355 West Olympic Boulevard, Suite 100 |
| 6 | Los Angeles, California 90064 |
| 7 | Telephone: (310) 479-8827 |
| | Facsimile: (310) 479-7226 |
| 8 | Carl A. McMahan, Esq./SBN: 108551 |
| 9 | **Attorneys for Plaintiffs and the Classes** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LISA STUART and SCOTT STUART, for themselves and as class representative of all others similarly situated, | ) CASE NO.: 1:08-CV-00632-OWW-GSA ) ) **PLAINTIFFS' ASSENTED-TO MOTION** |
| Plaintiffs, | ) **TO EXTEND THE TIME TO FILE A** ) **RESPONSE TO DEFENDANT'S** ) **MOTION TO DISMISS; ORDER** |
| vs. | ) ) |
| DAIMLERCHRYSLER CORP., and CHRYSLER, LLC | ) ) ) |
| Defendants. | ) ) |

The Plaintiffs hereby move this Court to extend the time to file a response to Defendant's pending Motion to Dismiss. The date in which Plaintiffs shall file a response shall be extended to September 23, 2008. Further, Defendant's pending Motion to Dismiss hearing date of September 15, 2008, that is presently on the Court's calendar, shall be continued for three weeks or as soon thereafter as possible.

-1-

**PLAINTIFFS' ASSENTED-TO MOTION**

PDF created with pdfFactory trial version www.pdffactory.com

Defendant has assented to this motion. A confirmatory email is attached hereto as Exhibit "A."

| | |
|---|---|
| Dated: August 29, 2008 | Respectfully submitted,<br>McNULTY LAW FIRM |
| | /s/ Peter J. McNulty<br>Peter J. McNulty, Esquire<br>McNulty Law Firm<br>827 Moraga Dr.<br>Los Angeles, CA 90049<br>Telephone: (310) 471-2707<br>Facsimile: (310) 472-7014 |
| | Randal R. Kelly, Esquire<br>Kirk D. Tresemer, Esquire<br>Darren A. Natvig, Esquire<br>Irwin & Boesen, PC<br>501 S. Cherry St., Suite 500<br>Denver, CO 80246<br>Telephone: (303) 320-1911<br>Facsimile: (303) 320-1915 |
| | Gary S. Graifman, Esquire<br>Michael L. Braunstein, Esquire<br>Kantrowitz, Goldhamer & Graifman<br>210 Summit Avenue<br>Montvale, New Jersey 07645<br>Telephone: (201) 391-7000<br>Facsimile: (201) 307-1086<br>*Pro Hac Vice* applications to be filed |
| | Gary E. Mason, Esquire<br>The Mason Law Firm, L.L.P.<br>1225 19th Street, NW, Suite 500<br>Washington, D.C. 20038<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br>*Pro Hac Vice* applications to be filed |
| | Steven L. Bloch, Esquire<br>Peter R. Kahana, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 |

-2-

**PLAINTIFFS' ASSENTED-TO MOTION**

PDF created with pdfFactory trial version www.pdffactory.com

Telephone: (215) 875-3000
Facsimile: (215) 875-5707
*Pro Hac Vice* applications to be filed

Jonathan H. Waller. Esquire
Waller Law Office
2140 11th Avenue South, Suite 222
Birmingham, AL 35205
Telephone: (205) 933-5421
Facsimile: (205) 933-5451
*Pro Hac Vice* applications to be filed

Andreas N. Akaras, Esquire
The Akaras Law Offices
4423 Lehigh Road, #308
College Park, MD 20740
Telephone: (301) 864-7763
Facsimile: (301) 864-7838
*Pro Hac Vice* applications to be filed

Alexander E. Barnett, Esquire
The Mason Law Firm, L.L.P.
1120 Avenue of the Americas, Suite 4019
New York, NY 10036
Telephone: (212) 362-5770
Facsimile: (917) 591-5227
*Pro Hac Vice* applications to be filed

***Attorneys for Plaintiffs and the Classes***

  /s/ James L. Nelson
Sedgwick, Detert, Moran & Arnold
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant, Chrysler LLC

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Plaintiffs shall now file a response to Defendant's Motion to Dismiss by September 23, 2008. Further, the hearing on Defendant's pending Motion to Dismiss, currently scheduled for September 15, 2008, shall be continued to October 6, 2008, or as soon thereafter as the Court's schedule permits. .

IT IS SO ORDERED.

DATED: August 28, 2008                                By: /s/ OLIVER W. WANGER
                                                                                Hon. Oliver W. Wanger

-4-
**PLAINTIFFS' ASSENTED-TO MOTION**

PDF created with pdfFactory trial version www.pdffactory.com