SEDGWICK, DETERT, MORAN & ARNOLD LLP
JACQUELINE M. JAUREGUI  Bar No. 095289
JAMES L. NELSON  Bar No. 181256
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

SEDGWICK, DETERT, MORAN & ARNOLD LLP
ANTHONY ANSCOMBE  Bar No. 135883
One North Wacker Drive, Suite 4200
Chicago, Illinois, 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

Attorneys for Defendant,
CHRYSLER LLC (formerly Daimler Chrysler Corporation)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LISA STUART and SCOTT STUART, for themselves and as class representative of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>DAIMLERCHRYSLER CORP., and CHRYSLER, LLC<br><br>Defendants. | CASE NO. 1:08-CV-00632-OWW-GSA<br><br>**STIPULATION RE TIME TO FILE RESPONSE TO THE FIRST AMENDED COMPLAINT AND ORDER** |

IT IS HEREBY STIPULATED by and between counsel for plaintiffs Lisa and Scott Stuart, John Darago and Patricia Heinen, and Mike Potter, and counsel for defendants Chrysler LLC (formerly Daimler Chrysler Corporation) that Chrysler LLC will have up to and including Thursday, October 23, 2008, to respond to the plaintiffs' First Amended complaint which was filed on September 23, 2008.  No prior extensions have been offered, or given, with respect to this First Amended Complaint.  With respect to the Stuart plaintiffs' previous original complaint,

-1-                          CASE NO. 1:08-CV-00632-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

1  one brief extension of time was agreed upon between the parties.

2  Dated: September 30, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP

3

4                                           /s/ James L. Nelson
                                           801 South Figueroa Street, 19th Floor
5                                          Los Angeles, California 90017-5556
                                           Telephone: (213) 426-6900
6                                          Facsimile: (213) 426-6921

7                                          Attorneys for Defendant, Chrysler LLC

8  Dated: September 30, 2008                McNULTY LAW FIRM

9

10                                          /s/ Randal R. Kelly
                                           Peter J. McNulty, Esquire
11                                         McNulty Law Firm
                                           827 Moraga Dr.
12                                         Los Angeles, CA 90049
                                           Telephone: (310) 471-2707
13                                         Facsimile: (310) 472-7014

14

15                                         Randal R. Kelly, Esquire
                                           Kirk D. Tresemer, Esquire
16                                         Darren A. Natvig, Esquire
                                           Irwin & Boesen, PC
17                                         501 S. Cherry St., Suite 500
                                           Denver, CO 80246
18                                         Telephone: (303) 320-1911
                                           Facsimile: (303) 320-1915
19

20                                         Gary S. Graifman, Esquire
                                           Michael L. Braunstein, Esquire
21                                         Kantrowitz, Goldhamer & Graifman
                                           210 Summit Avenue
22                                         Montvale, New Jersey 07645
                                           Telephone: (201) 391-7000
23                                         Facsimile: (201) 307-1086
                                           *Pro Hac Vice* applications to be filed
24

25                                         Gary E. Mason, Esquire
26                                         The Mason Law Firm, L.L.P.
                                           1225 19th Street, NW, Suite 500
27                                         Washington, D.C. 20038
                                           Telephone:  (202) 429-2290
28

                                    -2-                CASE NO. 1:08-CV-00632-OWW-GSA
                        STIPULATION re TIME FOR RESPONSIVE PLEADING

| | |
|---|---|
| 1 | Facsimile:   (202) 429-2294 |
| | *Pro Hac Vice* applications to be filed |
| 2 | |
| 3 | Steven L. Bloch, Esquire |
| | Peter R. Kahana, Esquire |
| 4 | Berger & Montague, P.C. |
| | 1622 Locust Street |
| 5 | Philadelphia, PA 19103 |
| | Telephone: (215) 875-3000 |
| 6 | Facsimile: (215) 875-5707 |
| 7 | *Pro Hac Vice* applications to be filed |
| 8 | Jonathan H. Waller. Esquire |
| | Waller Law Office |
| 9 | 2140 11th Avenue South, Suite 222 |
| 10 | Birmingham, AL 35205 |
| | Telephone: (205) 933-5421 |
| 11 | Facsimile: (205) 933-5451 |
| | *Pro Hac Vice* applications to be filed |
| 12 | |
| 13 | Andreas N. Akaras, Esquire |
| | The Akaras Law Offices |
| 14 | 4423 Lehigh Road, #308 |
| | College Park, MD 20740 |
| 15 | Telephone: (301) 864-7763 |
| 16 | Facsimile: (301) 864-7838 |
| | *Pro Hac Vice* applications to be filed |
| 17 | |
| 18 | Alexander E. Barnett, Esquire |
| | The Mason Law Firm, L.L.P. |
| 19 | 1120 Avenue of the Americas, Suite 4019 |
| | New York, NY 10036 |
| 20 | Telephone: (212) 362-5770 |
| | Facsimile: (917) 591-5227 |
| 21 | *Pro Hac Vice* applications to be filed |
| 22 | ***Attorneys for Plaintiffs and the Classes*** |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION RE TIME FOR RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2

       Pursuant to the Stipulation of counsel, Defendant Chrysler LLC (formerly Daimler

3

Chrysler Corporation) will have up to and including Thursday, October 23, 2008, to respond to

4

the plaintiffs' First Amended Complaint.

5

IT IS SO ORDERED.

6

7

DATED: September 30, 2008       By: <u>/s/ Gary S. Austin</u>

8

                              The Honorable Gary S. Austin

9

                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com